ACCEPTED
05-13-01284-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/28/2015 9:13:13 AM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

April 27, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

4/28/2015 9:13:13 AM

LISA MATZ
Clerk

Ms. Lisa Matz, Clerk
Dallas Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas  75202-4653

> **RE:**  *Carnell Lee Green v. The State of Texas*
> Trial Court Case No:  F12-62651-Y
> Appellate Cause No:  05-13-01284-CR

**Certification of Compliance with TEX. R. APP. P. 48.4**

Dear Ms. Matz:

Pursuant to Rule 48.4, of the Texas Rules of Appellate Procedure, I certify that on April 7, 2015, I sent a copy of this Court's opinion and judgment in the above entitled and numbered cause to Appellant at his last known address within five days after the opinion was handed down. The opinion and judgment were sent, certified mail, return receipt requested. I further certify that, along with the opinion, a letter was included in which the Appellant was advised that he has the right to file a pro se Petition for Discretionary Review under Rule 68 within thirty (30) days of the issuance of the opinion.

I have enclosed for your reference a copy of the return that I received on April 27, 2015. The date of delivery is reflected as April 20, 2015.

Thank you for your assistance in this matter.

Respectfully,

/s/ Nan Hendrickson
Nan Hendrickson
Assistant Public Defender

Enclosure: certified mail return receipt
cc: Dallas County Criminal District Attorney's Office, Appellate Section

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

APR 20 2015

1. Article Addressed to:

Carnell Lee Green
BIN# 12077608
Dallos County Jail
North Tower, 3E 02
P.O. Box 660334
Dallas, Tx 75266-0334

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

7013 2250 0002 2038 8698

PS Form 3811, July 2013    Domestic Return Receipt